# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

FILED CLERK
U.S. DISTRICT COURT
05 OCT 26 AM 11:39
TEXAS-EASTERN
BY_____

| | |
|---|---|
| MARIA F. WALLACE § | |
| § | |
| V. § | CASE NO. 4:05CV201 |
| § | (Judge Schell/Judge Bush) |
| DEPARTMENT OF HOUSING AND § | |
| URBAN DEVELOPMENT, ET AL. § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the Report of the United States Magistrate Judge in this action, this matter having been heretofore referred to United States Magistrate Judge Don D. Bush pursuant to 28 U.S.C. § 636. On September 28, 2005, the Report of the Magistrate Judge was entered containing his proposed findings of fact and recommendations that Defendant, Plano Housing Authority's, Motion to Dismiss be granted and that Plaintiff's claims against said Defendant be dismissed pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6).

Plaintiff has failed to timely file objections to the Report and Recommendation. The Court is therefore of the opinion that the findings and conclusions of the Magistrate Judge are correct. The Court hereby adopts the findings and conclusions of the Magistrate Judge as the findings and conclusions of this Court. It is, therefore,

**ORDERED, ADJUDGED** and **DECREED** that the Plano Housing Authority's Motion to Dismiss is GRANTED and Plaintiff's claims against the Plano Housing Authority are hereby DISMISSED.

SIGNED this 25 day of October, 2005.

*Richard A. Schell*
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE